**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Ryan P. Deleston, Petitioner.

Appellate Case No. 2016-001103

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Charleston County
Kristi Lea Harrington, Circuit Court Judge

---

Memorandum Opinion No. 2017-MO-013
Heard May 24, 2017 – Filed July 19, 2017

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Chief Appellate Defender Robert Michael Dudek and Appellate Defender Lara Mary Caudy, both of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General J. Robert Bolchoz, and Deputy Attorney General Donald J. Zelenka, all of Columbia, and Solicitor Scarlett Anne Wilson, of Charleston, for Respondent.

_____

**PER CURIAM:**  We granted Ryan P. Deleston's petition for a writ of certiorari to review the decision of the court of appeals affirming his conviction.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**